THOMPSON *against* SHEPHERD, JUN.

SAME *against* SAME.

SAME *against* SAME.

Separate suits were brought by the same person against the maker of several promissory notes payable to the same person, who endorsed them to the plaintiff. The note were dated on different days, for different sums, and payable at different times; but were all due when the suits were commenced, and the writs were issued and served at the same time, on the defendant. It was held, that the suits could not be *consolidated;* but it *seems* that where separate suits are brought on notes and contracts, made by the same person, at the same time, and where the defence is or must be the same in all, the court will order them to be *consolidated.*

THESE were three separate actions, on several promissory notes, brought by the endorsee against the maker. The notes were dated on different days, for different sums, and payable at different times, to the same person, who endorsed them to the plaintiff. The notes were all due when the suits were commenced; and the writs were all issued at the same time, and served at the same time, on the defendant.

*Z. R. Shepherd,* for the defendant, moved to consolidate the suits.

*Crary,* contra.

*Per Curiam.* The motion for a rule that these causes be consolidated, must be denied. The notes are of different dates, for different sums, and payable at different times; and, for any thing that appears, different defences may be set up in the several suits. To compel a consolidation, under such circumstances, would be going farther than is the usual practice of this court or the K. B. in *England;* (1 *Caines' Rep.* 114. *Imp. K. B. Prac.* 668. 1 *Tidd,* 556.) though the case of *Cecil* v. *Briggs* (2 *Term Rep.* 639.) would seem to extend the consolidation rule to all actions between the same parties, and brought at the same time, where the causes of action might be comprised in the same declaration. A liberal extension of this rule is well calculated to prevent oppression, by an unnecessary accumulation of costs, and we should be inclined to say, that where separate suits are brought upon notes or contracts made at the same time, and which might have been united in one action, and when the defence is the same in all, a consolidation rule ought to be granted.

Rule refused.